**Order entered February 18, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00714-CV

## CLAYTON LATTIMER COPELAND, Appellant

## V.

## BLUEBONNET FINANCIAL ASSETS, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17121**

## ORDER

Before the Court is appellee Robert Jenkins's February 16, 2022, unopposed second motion for an extension of time to file his brief. We **GRANT** the motion and extend the time to **March 21, 2022**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE